PROB 12C
(4/19)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Individual Under Supervision

**Name of Individual Under Supervision:** Renata J. Harcum          **Docket Number:** 21-01139M-001
                                                                    **PACTS Number:** 7558341

**Name of Sentencing Judicial Officer:**     THE HONORABLE ANTHONY R. MAUTONE
                                             UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 09/16/2021

**Original Offense:**     Count One: Marijuana - Possession, 21 U.S.C. § 844

**Original Sentence:** 12 months' probation

**Special Conditions:** Alcohol/Drug Testing and Treatment, Mental Health Treatment

**Type of Supervision:** Probation **Assistant**          **Date Supervision Commenced:** 09/16/2021

**U.S. Attorney:** SAUSA, Luke D. Wilson

**Defense Attorney:** Gary L. Daniels, Esq.

---

### PETITIONING THE COURT

☐  To issue a warrant
☑  To issue a summons

The probation officer believes that the individual under supervision has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |

Ms. Harcum has tested positive for multiple substances since the start of her term of probation.  She initially tested positive for marijuana and cocaine on December 8, 2021, which the Court was notified of via a report on December 13, 2021.  On December 20, 2021, Ms. Harcum received a New Jersey Department of Health Medicinal Marijuana Program card (Patient ID 310576-36107P) to assist her with ongoing anxiety and depression stemming from a history of abuse.  The Court was advised of this on January 10, 2022, and it was ordered that the medical marijuana card was approved for use and the suspension of drug testing for marijuana.

Prob 12C – page 2
Renata J. Harcum

On February 7, 2022, the undersigned officer informed the Court, via a report, of Ms. Harcum's positive drug test for marijuana and cocaine, to which she admitted going on a "crack binge" for a number of days. During that time, she missed her outpatient substance abuse treatment sessions at Legacy Treatment Services for approximately two weeks.

On April 14, 2022, the undersigned officer informed the Court, via a report, of Ms. Harcum's positive drug test for marijuana and cocaine on April 1, 2022. Ms. Harcum admitted to using crack cocaine after spending time with a volatile ex-paramour.

On April 28, 2022, the undersigned officer conducted a visit to Oaks Integrated Care, where Ms. Harcum receives outpatient substance abuse and mental health treatment, and at that time, a drug test was conducted, which returned positive for marijuana and cocaine. Ms. Harcum's counselors at Oaks Integrated Care and the undersigned officer spoke with her about this use, and she advised she used her drug of choice, crack cocaine, due to various stressors in her life, specifically regarding the custody and care of her daughter.

2    The individual under supervision has violated the special supervision condition which states **'You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.'**

Ms. Harcum was referred to and began outpatient treatment at Legacy Treatment Services on October 4, 2021, shortly after commencing her term of probation. As noted prior, she missed a number of sessions related to drug use, and due to this increased use, the undersigned officer referred her to inpatient drug treatment at New Hope. Ms. Harcum successfully completed the inpatient rehabilitation program on March 2, 2022.

Ms. Harcum was then referred to an intensive outpatient program at Oaks Integrated Care, but due to her work schedule, she was unable to attend the intensive program. Ms. Harcum subsequently was enrolled in the outpatient treatment program at Oaks Integrated Care, receiving group substance abuse treatment twice a week and individual substance abuse counseling once per week. Upon the undersigned officer's visit to the treatment program on April 28, 2022, to check on Ms. Harcum's progress, it was ascertained that Ms. Harcum tested positive and a higher level of treatment would be necessary, despite her protestations, and increased individual sessions or even a return to inpatient treatment would be recommended.

On May 12, 2022, Ms. Harcum called the undersigned officer to advise that she was currently at the walk-in crisis center at Virtua Hospital in Willingboro, NJ. She informed that she checked herself in because she did not "feel safe" and she "needed help." The undersigned officer inquired if she had used any substances and Ms. Harcum noted that she did; when asked if it was crack cocaine, she

Prob 12C – page 3
Renata J. Harcum

confirmed this. The undersigned officer instructed Ms. Harcum to call back once
an assessment was made by a crisis center worker, as they would determine if she
needed to be placed into short-term treatment, and she stated understanding. A
worker in the Access Center called the undersigned officer and confirmed that
Ms. Harcum came into the center Wednesday evening, complaining of not feeling
safe at home, suicidal ideation, loss of her job, and other depressive symptoms.
The worker noted that Ms. Harcum would be transferred to the Mt. Holly location
for short-term inpatient rehabilitation. The undersigned officer asked Ms. Harcum
when she last went to a session at Oaks Integrated Care and she said Monday, so
she missed her Tuesday and Wednesday sessions.

The undersigned officer called Virtua-Mt. Holly on May 17, 2022, to ascertain
the level of care Ms. Harcum was receiving at their short-term inpatient
rehabilitation center. According to a supervisor at the facility, Ms. Harcum left
against medical advice (AMA) on May 15, 2022. Ms. Harcum did not advise the
undersigned officer of the same, nor did she return to Oaks Integrated Care for
her outpatient sessions after leaving Virtua-Mt. Holly.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Tiffany Francis*

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf
APPROVED:

*Sharon O'Brien   May 23, 2022*
_____
SHARON O'BRIEN              Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Issuance of a Warrant
☑  The Issuance of a Summons. Date of Hearing:  __6/23/22__ . (as recommended by the Probation Office)
☐  No Action
☐  Other

_____
Signature of Judicial Officer

*May 27, 2022*
_____
Date

Prob 12C – page 4
Renata J. Harcum