<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF NEW JERSEY**</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 21-1139 |
| | : | |
| v. | : | ORDER PURSUANT TO VIOLATION |
| | : | OF PROBATION HEARING AND |
| RENATA J. HARCUM | : | JUDGMENT OF CONVICTION |

This matter having been opened to the Court on Petition by Philip R. Sellinger, U.S. Attorney for the District of New Jersey (Luke D. Wilson, Special Assistant U.S. Attorney, appearing) and Tiffany A. Francis, U.S. Probation Officer of the U.S. Probation Office, on a Petition for Violation of Probation based upon the defendant, Renata J. Harcum's Violation of the terms of her probation; and the defendant, Renata J. Harcum (Benjamin West, Assistant Federal Public Defender, appearing), having pled guilty to Violation 1 the Amended Petition dated August 26, 2022; and Violations 2 through 6 having been dismissed; and for good cause having been shown,

IT IS on this 13th day of September 2022:

ORDERED that the defendant, Renata J. Harcum, is in violation of the conditions of probation imposed by this Court on September 16, 2021. Whereupon it is ordered and adjudged that the term of Probation imposed pursuant to the provisions of 18 U.S.C. § 3607 is hereby revoked and judgment of conviction is hereby entered; and it is

FURTHER ORDERED that the defendant is hereby sentenced to the custody of the U.S. Marshals Service for one day with no supervision to follow; and it is

FURTHER ORDERED that the fine is hereby waived and the defendant shall pay a Special Assessment in the amount of $25.00 to the Central Violations Bureau, P.O. Box 780549, San Antonio, Texas 78278.

_____
Honorable Matthew J. Skahill
United States Magistrate Judge